UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE TRAMMELL,

       Plaintiff,

    v.

WELLS FARGO,

       Defendant.

Case No. 26-cv-03550-TSH

**ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED IN FORMA PAUPERIS**

Re: ECF No. 2

Plaintiff Stephanie Trammell initiated this lawsuit by filing a complaint (ECF No. 1) and application to proceed in forma pauperis (ECF No. 2). Based on the information provided, the Court cannot determine whether Plaintiff qualifies to proceed without paying the filing fee. The current application has several issues that must be corrected:

- Plaintiff states she is incarcerated at "Stephanie Trammell Revocable Trust." If Plaintiff is currently incarcerated, she must clearly state whether she is in custody and identify the name and location of the facility where she is housed.

- Plaintiff did not provide the name and address of her employer, but she states she earns $1,500 every two weeks. Plaintiff must either provide her employer's information or explain the source of this income.

- Plaintiff lists no monthly expenses (such as housing, utilities, food, transportation, or loan payments), but she also states that "all extra money after bills go straight to paying off $1,000,000 security agreement lien." Plaintiff must list all regular monthly expenses or explain why she has none.

- The application is not signed or dated.

United States District Court
Northern District of California

Accordingly, the application is **DENIED WITHOUT PREJUDICE**.  By May 18, 2026, Plaintiff must either (1) file a revised application to proceed in forma pauperis with a new affidavit that is signed and dated and includes all required information, including clarification on these issues or (2) pay the $405 filing fee.  If Plaintiff does not do so, this case may be dismissed without prejudice.  Alternatively, Plaintiff may dismiss this case voluntarily by filing a one-page notice of voluntary dismissal, which will operate as a dismissal without prejudice.

The Court encourages Plaintiff to seek assistance from the Federal Pro Bono Project, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco.  You may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982.  At the Federal Pro Bono Project, you will be able to speak with an attorney who may be able to provide basic legal help but not representation.  More information is available at https://www.cand.uscourts.gov/pro-se-litigants/.

Plaintiff may also wish to obtain a copy of this District's *Handbook for Litigants Without a Lawyer*, which provides instructions on how to proceed at every stage of your case.  The handbook is available in person at the Clerk's Office and online at: https://www.cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: May 4, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California

2