UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE TRAMMELL,

Plaintiff,

v.

WELLS FARGO,

Defendant.

Case No. 26-cv-03550-TSH

**ORDER TO SHOW CAUSE**

On May 4, 2026, the Court denied Plaintiff Stephanie Trammell's application to proceed in forma pauperis without prejudice and directed her to file a revised application by May 18, 2026 or pay the $405 filing fee by the same deadline. ECF No. 7. Since that time, on May 19 Plaintiff filed a "Trust Notice Response," in which Plaintiff states she cannot pay the filing fee because any remaining funds after paying bills are directed to a $1,000,000 security agreement lien. ECF No. 10. But this is the same information provided in her in forma pauperis application, which the Court has already found inadequate. Plaintiff has otherwise failed to file a revised application or pay the filing fee.

The Court possesses the inherent power to dismiss an action sua sponte if a plaintiff fails to prosecute their action or fails to comply with court orders. Fed. R. Civ. P. 41(b); *see Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962) (dismissal for failure to prosecute); *Yourish v. Cal. Amplifier*, 191 F.3d 983, 987 (9th Cir. 1999) (dismissal for failure to comply with court orders). Accordingly, the Court **ORDERS** Plaintiff to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by June 12, 2026. Notice is hereby provided that failure to file a written response will be deemed

United States District Court
Northern District of California

an admission that you do not intend to prosecute, and this case will likely be dismissed. Thus, it is imperative the Court receive a written response by the deadline above.

The Court again encourages Plaintiff to seek assistance from the Federal Pro Bono Project, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco. You may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982. At the Federal Pro Bono Project, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. More information is available at https://www.cand.uscourts.gov/pro-se-litigants/.

Plaintiff may also wish to obtain a copy of this District's *Handbook for Litigants Without a Lawyer*, which provides instructions on how to proceed at every stage of your case. The handbook is available in person at the Clerk's Office and online at: https://www.cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: May 29, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California

2