UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEPHANIE TRAMMELL,

    Plaintiff,

    v.

WELLS FARGO,

    Defendant.

Case No.  26-cv-03550-TSH

**ORDER DISCHARGING SHOW CAUSE ORDER AND EXTENDING DEADLINE RE: IFP STATUS**

Re: ECF No. 11

Plaintiff Stephanie Trammell initiated this lawsuit on April 24, 2026 by filing a complaint (ECF No. 1) and application to proceed in forma pauperis (ECF No. 2).  On May 4, 2026, the Court denied Plaintiff's application without prejudice and directed her to file a revised application by May 18, 2026 or pay the $405 filing fee by the same deadline.  ECF No. 7.

On May 19, 2026, Plaintiff filed a "Trust Notice Response," stating that she could not pay the filing fee because "ALL EXTRA MONEY AFTER ALL BILLS GOES STRAIGHT TO PAYING OFF $1,000,000.00 SECURITY AGREEMENT LIEN."  ECF No. 10.  However, Plaintiff had already provided the same information in her in forma pauperis application, which the Court previously found inadequate.  Accordingly, on May 29 the Court ordered Plaintiff to show cause by June 12, 2026, why this action should not be dismissed for failure to prosecute and failure to comply with court deadlines.  ECF No. 11.

Plaintiff did not respond to the order to show cause.  Instead, on June 22, 2026, she filed a second "Trust Notice Response," again stating that she could not pay the filing fee because "ALL EXTRA MONEY AFTER ALL BILLS GOES STRAIGHT TO PAYING OFF $1,000,000.00 SECURITY AGREEMENT LIEN."  ECF No. 15.

Although Plaintiff has not responded to the order to show cause, her filings indicate she intends to continue prosecuting this action. Accordingly, the Court **DISCHARGES** the May 29, 2026 order to show cause. Nevertheless, based on the information currently before the Court, it remains unable to determine whether Plaintiff qualifies to proceed in forma pauperis. Accordingly, the Court **EXTENDS** the deadline to July 6, 2026, for Plaintiff to either (1) file a revised application to proceed in forma pauperis, supported by a signed and dated affidavit containing all required information, or (2) pay the $405 filing fee. Failure to do so may result in dismissal of this action without prejudice. Alternatively, Plaintiff may voluntarily dismiss this action without prejudice by filing a one-page notice of voluntary dismissal.

The Court again encourages Plaintiff to seek assistance from the Federal Pro Bono Project, a free service offered by the Justice & Diversity Center of the Bar Association of San Francisco. You may request an appointment by emailing fedpro@sfbar.org or calling 415-782-8982. At the Federal Pro Bono Project, you will be able to speak with an attorney who may be able to provide basic legal help but not representation. More information is available at https://www.cand.uscourts.gov/pro-se-litigants/.

Plaintiff may also wish to obtain a copy of this District's *Handbook for Litigants Without a Lawyer*, which provides instructions on how to proceed at every stage of your case. The handbook is available in person at the Clerk's Office and online at: https://www.cand.uscourts.gov/pro-se-litigants/.

**IT IS SO ORDERED.**

Dated: June 22, 2026

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California

2