UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE TRAMMELL,<br>Plaintiffs,<br>v.<br>WELLS FARGO,<br>Defendants. | Case No. 26-cv-03550-EMC<br>**ORDER ADOPTING REPORT AND RECOMMENDATION**<br>Docket No. 21 |

Before the Court is Magistrate Judge Tse's Report and Recommendation to dismiss Plaintiff Stephanie Trammell's complaint without prejudice.

Plaintiff filed her complaint and application to proceed in forma pauperis ("IFP application") on April 24, 2026. Dkt. Nos. 1, 2. On May 4, the Court denied the IFP application as incomplete and directed Plaintiff to either "(1) file a revised application to proceed in forma pauperis with a new affidavit that is signed and dated and includes all required information . . . or (2) pay the $405 filing fee." Dkt. No. 7. Since then, Judge Tse has given Plaintiff multiple chances to either file a revised IFP application or pay the required filing fee, but Plaintiff has failed to do so. Each time, Judge Tse has explained to Plaintiff what is required of her for the case to proceed.

On August 21, 2026, Judge Tse requested reassignment to a district judge and recommended dismissal without prejudice due to Plaintiff's failure to prosecute and failure to comply with the Court's orders. Dkt. No. 21. Objections to Judge Tse's Report and Recommendation were due by September 4, 2026.

Plaintiff did not file an objection to Judge Tse's Report and Recommendation. Instead, on August 25, 2026, Plaintiff filed a Request for Clarification. Dkt. No. 24. In the request, Plaintiff

United States District Court
Northern District of California

United States District Court
Northern District of California

asks for clarification about 1) whether her declination of consent to Magistrate Judge jurisdiction has been received; and 2) what information, documentation, or action is required to continue the case. *Id.* The case has now been reassigned to a district judge, and any clarification this Court could offer Plaintiff has already been given in each of Judge Tse's orders informing Plaintiff that she must either file a completed IFP application or pay the filing fee.

The Court finds Judge Tse's Report and Recommendation thorough, well-reasoned, and accurate. The Court therefore adopts the Report and Recommendation. This case is **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

Dated: September 9, 2026

EDWARD M. CHEN
United States District Judge